SCWC-13-0000081

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

PHILIP HOWARD ZIMMERMAN, aka Howard Philip Zimmerman,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000081; CR. NO. 11-1-172K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Chan, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Philip Howard

Zimmerman's application for writ of certiorari filed on

February 6, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 14, 2014.

William H. Jameson, Jr.,
for petitioner                 /s/ Mark E. Recktenwald

Linda L. Walton                /s/ Paula A. Nakayama
for respondent
                               /s/ Sabrina S. McKenna

                               /s/ Richard W. Pollack

                               /s/ Derrick H.M. Chan

